**Petition for Permission to Appeal Denied and Memorandum Opinion filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00949-CV

---

**STEFAN JOHNNY YGDEVIK AND STINGRAY INDUSTRIAL RENTALS, LLC, Appellants**

**V.**

**GREENTEX EQUIPMENT CORP. D/B/A TRI-STAR EQUIPMENT, Appellee**

---

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 17-CV-1182**

---

## M E M O R A N D U M   O P I N I O N

Appellants Stefan Johnny Ygdevik and Stingray Industrial Rentals, LLC, pursuant to section 51.014(f) of the Civil Practices and Remedies Code, filed a petition for permission to appeal the Amended Order on Defendants' Traditional and No-evidence Motion for Summary Judgment signed on October 15, 2018 by the Honorable Kerry L. Neves, presiding judge of the 10th District Court of Galveston

County.

To be entitled to a permissive appeal from an interlocutory order that is not otherwise appealable, the requesting party must establish that the order "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and allowing an immediate appeal "may advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code § 51.014(d); *see also* Tex. R. App. P. 28.3.

Appellants have not established that they are entitled to a permissive appeal. Accordingly, we deny appellants' petition for permission to appeal.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.